**Continuing Abatement Order filed December 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00489-CV
_____

### MICHAEL VAN DEELEN, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND SPRING INDEPENDENT SCHOOL DISTRICT, Appellees

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2017-14697**

---

## CONTINUING ABATEMENT ORDER

This appeal was abated on August 14, 2018, because the court reporter responsible for the record in this case was recovering from a major surgery. As of this date, the reporter's record has not been filed; this court has heard nothing from the reporter or the parties; and no motion to reinstate the appeal has been filed. Accordingly, unless any party to the appeal files a motion within 20 days of the date of this order demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Hassan, and Spain.